

# Fourth Court of Appeals
## San Antonio, Texas

June 14, 2016

No. 04-15-00646-CR

Jimmy Rodgers **WHARTON,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 216th Judicial District Court, Kerr County, Texas
Trial Court No. A14443
Honorable N. Keith Williams, Judge Presiding

# O R D E R

The appellant's motion for extension of time to file their brief is granted. The appellant's brief is due on July 13, 2016.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 14th day of June, 2016.

_____
Keith E. Hottle
Clerk of Court